ENZO DER BOGHOSSIAN (STATE BAR NO. 211351)
JEREMY MITTMAN (STATE BAR NO. 248834)
**PROSKAUER ROSE LLP**
2049 Century Park East
32nd Floor
Los Angeles, California 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

Attorneys for Plaintiff Booz & Company (N.A.) Inc.

DEIRDRE N. HYKAL (*pro hac vice*)
ROGER D. NETZER (*pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8530
Facsimile: (212) 728-9530
Email: dhykal@willkie.com

BRANDON C. FERNALD (BAR NO. 222429)
**FERNALD LAW GROUP LLP**
510 W 6th Street, Suite 700
Los Angeles, CA 90014
Telephone: (323) 410-0300
Facsimile: (323) 410-0330
Email: brandon.fernald@fernaldlawgroup.com

Attorneys for Defendants Sean Collins and Jeffrey Schumacher

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOZ & COMPANY (N.A.), a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN COLLINS, an individual,;<br>JEFFREY SCHUMACHER, and individual;<br><br>    Defendants. | Case No. 2:13-cv-9199-DMG-CWx<br><br>**ORDER ENTERING PROPOSED STIPULATED PROTECTIVE ORDER** |

DOCUMENT PREPARED
ON RECYCLED PAPER

1  Having reviewed the [PROPOSED] STIPULATED PROTECTIVE ORDER
2  and finding good cause for the entry of a protective order in this case, the Court
3  hereby orders as follows:
4  The [PROPOSED] STIPULATED PROTECTIVE ORDER is hereby entered
5  as the Order of this Court.
6  **IT IS SO ORDERED.**

9  DATED: June 16, 2014  _____
10  United States Magistrate Judge

DOCUMENT PREPARED ON RECYCLED PAPER