JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOZ & COMPANY (N.A.) INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SEAN COLLINS, an individual, and JEFFREY SCHUMACHER, an individual,<br><br>　　　　　Defendants. | Case No.:  CV13-09199-DMG(CWx)<br><br>**ORDER RE DISMISSAL OF CIVIL ACTION WITH PREJUDICE [77]** |
| SEAN COLLINS, an individual,<br><br>　　　　　Counter-Plaintiff,<br><br>　vs.<br><br>BOOZ & COMPANY (N.A.) INC., a Delaware corporation,<br><br>　　　　　Counter-Defendant. | |
| JEFFREY SCHUMACHER, an individual,<br><br>　　　　　Counter-Plaintiff,<br><br>　vs.<br><br>BOOZ & COMPANY (N.A.) INC., a Delaware corporation,<br><br>　　　　　Counter-Defendant. | |

1  Before the Court is the Stipulation of Dismissal with Prejudice signed by
2  counsel of record and signed on October 9, 2014. Having read the Stipulation of
3  Dismissal with Prejudice, the Court rules as follows:
4  IT IS HEREBY ORDERED that this action, and each claim and counterclaim
5  asserted in the action, is dismissed with prejudice, with each side bearing their own
6  attorneys' fees and costs.
7  The Final Pretrial Conference on July 28, 2015 and the Jury Trial on August 25,
8  2015 are hereby VACATED.
9
10  **IT IS SO ORDERED.**
11
12  DATED:   October 10, 2014
13                                                                     DOLLY M. GEE
14                                                                     UNITED STATES DISTRICT JUDGE

- 1 -
**ORDER RE DISMISSAL OF CIVIL ACTION WITH PREJUDICE**